**UNITED STATES OF AMERICA,**
Appellee,

v.

**Jose Jaime LOPEZ, Appellant.**

No. 02–2954.

United States Court of Appeals,
Eighth Circuit.

Submitted April 4, 2003.

Decided April 18, 2003.

Before HANSEN, MURPHY and MELLOY, Circuit Judges.

PER CURIAM.

After Jose Jaime Lopez pleaded guilty to possession with intent to distribute in excess of 100 kilograms of marijuana in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii), the district court[1] departed downward from the applicable Guidelines range and sentenced Lopez to 120 months imprisonment and 5 years supervised release. On appeal, counsel has moved to withdraw and has filed a brief under *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the district court erred in not departing further. After careful review of the record, we affirm.

The extent of the district court's departure is unreviewable, *see United States v. McFarlane,* 309 F.3d 510, 516 (8th Cir. 2002), and upon reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court. We also grant counsel's motion to withdraw.

A true copy.

---

1. The Honorable William R. Wilson, Jr., United States District Judge for the Eastern District of Arkansas.

1. The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.